**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dawn Weseman-Roth,                                    Civil No.: 06-1185 (DSD/JJG)

    Plaintiff,

v.                                                    **ORDER**

Conversion Solutions LLC, Gevity HR, III
LP, Charles Allan Robillard, Jr., d/b/a
Sundance Consulting, Global Escapes,
Shell Vacations, John Doe, and ABC
Company,

    Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Jeanne J. Graham dated February 6, 2007; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation;

**IT IS HEREBY ORDERED** that:

1. Defendant Gevity's Motion to Dismiss (Doc. No. 6) is **GRANTED** to the extent that Plaintiff's Title VII claims, Counts Four and Five, are **DISMISSED WITH PREJUDICE,** and the motion is **DENIED IN ALL OTHER RESPECTS**.

2. The Court decline to exercise supplemental jurisdiction on Plaintiff's pendent state law claims, and this matter is **REMANDED** to the state court from which it was previously removed.

Dated: February 28, 2007

                                                    s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court